STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 6935
ANDREW DUNCAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6296
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:03-cr-00200-JCM-VCF |
| v. | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| JORGE ZAMBADA, | |
| Defendant. | |

The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above captioned case against defendant JORGE ZAMBADA.

Given the age of the case the interest in justice calls for dismissing the pending action. Accordingly, the United States respectfully requests that the above-captioned case against defendant JORGE ZAMBADA be dismissed and the case against the same be closed.

DATED: November 14, 2017

STEVEN W. MYHRE
Acting United States Attorney

_/s/Andrew Duncan_
ANDREW DUNCAN
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-16-2017